Stephenson *v.* Gillaspie.

---

STEPHENSON *v.* GILLASPIE.

[No. 2,929. Filed October 31, 1899.]

APPEAL AND ERROR.—*Final Judgment.—Dismissal.*—Where it is not shown by the record that a final judgment was rendered, the appeal will be dismissed.

From the Monroe Circuit Court. *Appeal dismissed.*

*J. E. Henley* and *J. B. Wilson*, for appellant.

*C. E. Weir*, for appellee.

Guedelhofer *v.* Ernsting.

BLACK, J.—The appellant has assigned here that the court erred in overruling his demurrer to the second paragraph of the appellee's reply, and that the court erred in its conclusions of law upon the findings of fact in a special finding. The transcript of the record before us does not set forth a final judgment in the cause or show that one was rendered. Therefore, the questions discussed in the briefs of counsel can not be decided by us in this case.   Appeal dismissed.